UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dave Thomas, | Civ. No. 11-839 (DWF/LIB) |
| Plaintiff, | |
| vs. | **REPORT AND RECOMMENDATION** |
| United States Steel Corporation, et al, | |
| Defendants. | |

Based on the Stipulation of the parties [Docket No. 30], filed on May 31, 2012, it is –

**RECOMMENDED**:

That the Whistleblower claim (the former Count III of the First Amended Complaint) be dismissed with prejudice and on the merits without fees or costs to date to any party.

Dated: June 1, 2012
                  s/Leo I. Brisbois
                  Leo I. Brisbois
                  U.S. Magistrate Judge

**N O T I C E**

Pursuant to Local Rule 72.2(b), any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties **by June 15, 2012**, a writing that specifically identifies the portions of the Report to which objections are made and the bases for each objection. A party may respond to the objections within fourteen days of service thereof. Written submissions by any party shall comply with the applicable word limitations provided for in the Local Rules. Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. This Report and Recommendation does not constitute an order or judgment from the District Court, and it is therefore not directly appealable to the Court of Appeals.